IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

UNITED STATES OF AMERICA ) CR. NO. _____1:06cR 248-VPM_____
) 2006 OCT 31 LS. P. 14; 13A-6-22]
v. )
)
FRY, SHAKIRA NADIA ) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT   INFORMATION
MIDDLE DISTRICT ALA.

The United States Attorney charges that:

COUNT I

On or about the 19th of June 2006, at Fort Rucker, Alabama, in the Middle District of

Alabama, SHAKIRA FRY did intentionally cause physical injury to a person; to wit:

Intentionally push Renee Ellen Taylor, in violation of Title 18, Section 13, United States

Code and Alabama Code 13A-6-22(a)1.

COUNT II

On or about the 19th of June 2006, at Fort Rucker, Alabama, in the Middle District

of Alabama, SHAKIRA N. FRY did knowingly and unlawfully remain in 47 Olsen

Drive, the residence of Renee Taylor, after being told to leave, in violation of Title 13A

Section 7-2, Code of Alabama 1975, and Title 18 Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA ) AFFIDAVIT
        )
DALE COUNTY   )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Officer at Fort Rucker, Alabama.  Investigation revealed that at approximately 7:00 P.M. on the 19th of June 2006, SHAKIRA NADIA FRY intentionally struck Renee Taylor in the face with an open hand.  FRY stated that she struck Taylor.  Taylor stated that FRY struck her. FRY followed Renee Taylor into the residence at 47 Olsen Drive, and remained in the residence of Renee Taylor after being told to leave.  Ms. Taylor stated the above facts, as did other eye witnesses.  These events took place at 47 Olsen Drive, Fort Rucker Alabama.

KNIGHTON, JAMES STUART, PFC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _20'ʰ_ day of _OCT_ 2006.

_Patricia J. Davis_
NOTARY PUBLIC

My commission expires: 23 DEC 2006