COURTROOM DEPUTY MINUTES       DATE: **JANUARY 9, 2007**       Time: **10:10 - 10:11**
MIDDLE DISTRICT OF ALABAMA

TAPE NO:  **3052** @ **438** to **451**

- √  INITIAL APPEARANCE
- ☐  BOND HEARING
- ☐  DETENTION HEARING
- ☐  REMOVAL HEARING (R.40)
- √  ARRAIGNMENT
- ☐  PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06CR248-CSC**       NAME: **SHAKIRA NADIA FRY**

AUSA: **NATHAN T. GOLDEN**       DEFT. ATTY: _____

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

USPO: _____

Defendant _____ does  √  does NOT need an interpreter.  Interpreter NAME: _____

---

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐ Kia. | Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator | |
| ☐ Kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel    ☐ ORAL MOTION | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ Koappted | ORDER appointing Community Defender Organization | |
| ☐ K20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ karr. | ARRAIGNMENT ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐ Jury Trial Set for _____    ☐ PRETRIAL CONF. DATE: _____ | |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ | |
| | ☐ Request Non-Jury Trial. | |
| | ☐ GUILTY PLEA entered. | |
| ☐ CONSENT | to Proceed before U.S. Magistrate Judge | |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel. | |

Gvt. Counsel informed the court of deft's request to have proceedings transferred;
Court - will continue this matter pending Rule 20 arrangements.