USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the __MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

SHAKIRA NADIA FRY

CRIMINAL NUMBER: 1:06-cr-248-CSC

RECEIVED 2007 APR -4 P 12:19
DE__ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Shakira Nadia Fry__, defendant, have been informed that an (~~indictment~~, information, ~~complaint~~) is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the ____ District of __Colorado__ in which I, ____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __March 5__ 20__07__ at __Colorado Springs, Co.__

___Shakira N.H. Fry___
(Defendant)

_____
(Witness)

__Mark S. Hanchey__
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

__Kent Brunson__
Asst. United States Attorney for the
__MIDDLE__ District of
__ALABAMA__

_____
United States Attorney for the
_____ District of
__COLORADO__